**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
FRED ASANTE,

                    Petitioner,

      -against-

UNITED STATES OF AMERICA,

                    Respondent.
-------------------------------------------------------------X

23 **CIVIL** 1299 (JSR)(VF)
21 **CRIM** 0088-2 (JSR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 10, 2026, the Court hereby adopts the R&R, and, for the reasons therein, denies the petition with prejudice. In addition, because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

**Dated:**  New York, New York

       February 13, 2026

                                      **TAMMI M. HELLWIG**

                                         _____

                                            **Clerk of Court**

               **BY:**               _____

                                              **Deputy Clerk**